■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES PREYER, Appellant. [604 NYS2d 804] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Fertig, J.), rendered July 22, 1991, convicting him of assault in the first degree, and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contentions, the Supreme Court permissibly exercised its discretion in ruling upon his *Sandoval* application. The record reveals that the court permitted only limited cross-examination into the underlying facts of a youthful offender adjudication involving a robbery and a petit larceny conviction, both of which were directly probative of the defendant's honesty and trustworthiness *(see, People v Cowan,* 193 AD2d 753; *People v Alford,* 178 AD2d 418; *People v Dixon,* 172 AD2d 768).

The defendant's contention that the court impermissibly curtailed his cross-examination of the complaining witness is without merit *(see, People v Schwartzman,* 24 NY2d 241, *cert denied* 396 US 846; *People v Beckett,* 186 AD2d 209). The defendant's sentence was not excessive *(see, People v Suitte,* 90 AD2d 80). Thompson, J. P., Miller, Lawrence and Copertino, JJ., concur.